Argued and submitted August 28, condition of probation vacated; otherwise affirmed November 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

DEAN ANTHONY STURGILL,
*Appellant.*

(90-21134; CA A71575)

840 P2d 112

Dan Maloney, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Jail confinement as a condition of probation vacated; otherwise affirmed. *State v. Brown*, 115 Or App 327, 838 P2d 624 (1992); *State v. Harding*, 116 Or App 29, 840 P2d 113 (1992).